**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jesus Eleazar Abaraca-Gonzales, | ) | CV 10-1634-PHX-PGR (ECV) |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| Sandra Walker, et al., | ) | |
| Respondents. | ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Voss and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 16) is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED with prejudice.

DATED this 26th day of September, 2011.

_____
Paul G. Rosenblatt
United States District Judge